IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED

Margaret Botkins
Clerk of Court

8:52 am, 7/30/24

| | |
|---|---|
| **ANDREW LEWIS and DREW UNRUH,** | ) |
| PLAINTIFFS, | ) |
| v. | ) |
| **TRIANGLE CROSS RANCH, INC**, a Wyoming corporation; **TRIANGLE CROSS RANCH, LLC; MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE,** a Wyoming corporation, **GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; DANIEL SCHNEIDER; MATTHEW SCHNEIDER; MARK SCHNEIDER; THOMAS GEORGE;** and the **SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY,** a Texas corporation., | ) Civil Case No. 23-cv-00202-KHR |
| DEFENDANTS. | ) |

**ORDER RE: STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND CAUSES OF ACTION ASSERTED BY PLAINTIFFS AGAINST DEFENDANTS TRIANGLE CROSS RANCH, INC., TRIANGLE CROSS RANCH, LLC, GERALD E. SCHNEIDER, MICHAELEEN P. SCHNEIDER, MATTHEW SCHNEIDER, MARK SCHNEIDER AND THOMAS GEORGE**

The Court, having reviewed the parties' Stipulated Motion for Dismissal with Prejudice of All Claims and Causes of Action Asserted by Plaintiffs Against Defendants Triangle Cross Ranch, Inc., Triangle Cross Ranch, LLC, Gerald E. Schneider, Michaeleen P. Schneider, Matthew Schneider, Mark Schneider and Thomas George; and being fully advised, hereby GRANTS the Motion. Plaintiffs Andrew Lewis and Drew Unruh's claims and causes of action against Defendants Triangle Cross Ranch, Inc., Triangle Cross Ranch, LLC, Gerald E. Schneider, Michaeleen P. Schneider, Matthew Schneider, Mark Schneider and Thomas George are DISMISSED WITH PREJUDICE, each party to pay their own fees and costs.

_____
Kelly H. Rankin
United States District Judge