**FILED**



1:21 pm, 10/10/24

**Margaret Botkins
Clerk of Court**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ANDREW LEWIS AND ANDREW UNRUH, | } | |
| | } | |
| Plaintiffs, | } | |
| | } | |
| vs. | } | Civil No. 23-CV-00202-KHR |
| | } | |
| TRIANGLE CROSS RANCH, INC., a Wyoming corporation; MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE, a Wyoming corporation, GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; DANIEL SCHNEIDER; MATTHEW SCHNEIDER; MARK SCHNEIDER; THOMAS GEORGE; and the SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY, a Texas corporation, | } } } } } } } } } } } } | |
| Defendants. | } | |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' *Stipulation of Dismissal of Defendants Monks of The Most Blessed Virgin Mary of Mount Carmel, d/b/a Mystic Monk Coffee and Daniel Schneider With Prejudice*, and the Court having reviewed the filings and the Court file, being fully advised in the premises, and finding good cause for granting the same;

**HEREBY ORDERS** that the parties' request to dismiss the case is hereby GRANTED. Accordingly, the case is dismissed with prejudice, with each party to assume and pay its respective attorneys' fees, expenses, and costs.

Dated: __October 10,__ 2024.

_____
UNITED STATES DISTRICT JUDGE